IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

JERRY ARMIJO,

       Plaintiffs,

vs.                                                      No. CIV 08-336 JB/ACT

NEW MEXICO DEPARTMENT OF
TRANSPORTATION DISTRICT 4,

       Defendant.

## FINAL JUDGMENT

**THIS MATTER** comes before the Court on the Defendant's Motion to Dismiss Amended Complaint, filed May 6, 2009 (Doc. 44). The Court has entered a Memorandum Opinion and Order, filed September 30, 2009 (Doc. 50), granting Defendant New Mexico Department of Transportation District 4's motion to dismiss in part. The Court has dismissed Plaintiff Jerry Armijo's federal claims, and remanded the remaining state-law claims and the case to state court.

**IT IS ORDERED** that the Defendant's Motion to Dismiss Amended Complaint is granted in part. The Plaintiff's federal claims are dismissed. The case is remanded to the Fourth Judicial District Court, San Miguel County, New Mexico for disposition of the remainder of his claims.

                                                _____
                                                UNITED STATES DISTRICT JUDGE

*Counsel and Parties*:

Jerry F. Armijo
Raton, New Mexico

       *Plaintiff, Pro se*

Mark A. Basham
Basham and Basham, P.C.
Santa Fe, New Mexico

    *Attorneys for the Defendant*